

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00826-CV

IN THE INTEREST OF J.M., A MINOR CHILD

Appeal from the County Court at Law of Washington County.  (Tr. Ct. No. 7443).

**TO THE COUNTY COURT AT LAW OF WASHINGTON COUNTY, GREETINGS:**

Before this Court, on the 5th day of March 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on October 2, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 5, 2015.

Panel consists of Chief Justice Radack and Justices Brown and Lloyd. Opinion delivered by Justice Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

May 15, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

